UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PETER NORQUOY,

    Plaintiff,

v.                                                  C.A. No. 1:14-cv-00435-S-LDA

DIMENSION MILLWORKS, L.L.C.,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME

Defendant Dimension Millworks, LC moves that the time by which it may file a reply to Plaintiff Peter Norquoy's Objection to Defendant's Motion to Transfer Venue be enlarged such that the reply may be filed on or before November 14, 2014.

The undersigned has conferred with Plaintiff's counsel and he confirmed that Plaintiff will not oppose this motion.

Respectfully submitted,

DIMENSION MILLWORKS, LC,

By its Attorneys,

/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, III # 6907
BLISH & CAVANAGH
30 Exchange Terrace
Providence, Rhode Island 02108
(401) 831 8900 (tele.)
(401) 751-7542 (fax)
jvc3@blishcavlaw.com

*Local Counsel for Defendant*

Charles W. Hanor
HANOR LAW FIRM PC
750 Rittiman Road
San Antonio, Texas 78209
Telephone: (210) 829-2002
Facsimile: (210) 829-2001
chanor@hanor.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of November, 2014, the within document was filed electronically and made available for viewing and downloading from the Court's Electronic Case Filing System by all parties, represented as follows:

    Neil P. Philbin, Esq.
    1058 Kingstown Rd.
    P.O. Box 3727
    Peace Dale, RI 02883
    nphilbin5305@yahoo.com

    /s/ Joseph V. Cavanagh, III