UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PETER NORQUOY

    v.                          1:14-cv-00435-S-LDA

DIMENSION MILLWORKS, L.L.C.

PLAINTIFF'S WITHDRAWAL OF MOTION FOR INJUNCTIVE RELIEF
IN THE FORM OF SPECIFIC PERFORMANCE

Plaintiff hereby withdraws Plaintiff's Motion for Injunctive Relief in the Form of Specific Performance (*Document 4 filed 10/10/14).*

Plaintiff no longer wants Defendant to ship to Plaintiff the goods that are the subject of the motion for specific performance. Plaintiff will proceed with civil claims against Defendant for money damages.

Plaintiff's Motion for Injunctive Relief in the Form of Specific Performance is scheduled for hearing on February 19, 2015 at 2:00 p.m. Defendant's motion to transfer case (*Document 5* is also scheduled for hearing on February 19, 2015 at 2:00 p.m.

                                            Peter Norquoy, Plaintiff
                                            By his attorney,
                                            /s/ Neil P. Philbin_____
                                            R.I. Bar No. 2767
                                            1058 Kingstown Road
                                            P.O. Box 3727
                                            Peace Dale, R.I. 02883
                                            (401) 782 1190
                                            (401) 782 1240 (fax)
                                            nphilbin5305@yahoo.com

**CERTIFICATE OF SERVICE**

I, Neil P. Philbin, hereby certify that on this 21st day of January, 2015, a true and correct copy of the foregoing was caused to be electronically filed with the United States District Court for the District of Rhode Island via the Court's Electronic Case Filing System (ECF) and that this

document is available thereon for viewing and downloading.  I also hereby certify that this

document was electronically served by the Court upon the following parties:

Joseph V. Cavanagh, III, Esq.
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903-1765
Tel:    401-831-8900
Fax:    401-277-9600
*jvc3@blishcavlaw.com*

                                                    /s/ Neil P. Philbin_____